IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMAN NAPOLEON HAYES,

    Plaintiff,

v.                                                     1:14cv34-WS

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 13, 2015.  <u>See</u> Doc. 13.  The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed.  The plaintiff has filed objections (doc. 18) to the report and recommendation.  The plaintiff contends that the magistrate judge erred in concluding that substantial evidence supported the administrative law judge's finding that the plaintiff was not "disabled."  In particular, the plaintiff challenges

the ALJ's decision to give the opinion of Dr. Beaty (the plaintiff's consultative psychologist) "little weight" regarding the plaintiff's limitations.

Having carefully reviewed the record in light of the plaintiff's objections, this court agrees with the magistrate judge's conclusions (1) that the ALJ did not err by giving the opinion of Dr. Beaty "little weight," and (2) that substantial evidence supported the ALJ's decision that the plaintiff was not disabled within the meaning of the Social Security Act.

Accordingly, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (doc. 13).

2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this   30th   day of   March  , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE